■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL ELLIS, Appellant. (Appeal No. 2.) [899 NYS2d 721]—Appeal from a judgment of the Livingston County Court (Robert

B. Wiggins, J.), rendered September 4, 2007. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Ellis* (73 AD3d 1433 [2010]). Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.